FILED

MAY 3 1 2012

[Clerk stamp]

IN THE CIRCUIT COURT OF BAXTER COUNTY
CIVIL DIVISION
MOUNTAIN HOME, ARKANSAS

HF JET SERVICE, L.L.C.                                         PLAINTIFF

VS.                                                            NO. CV-2012-133-3

PRATT & WHITNEY CANADA CORP.                                   DEFENDANT

## COMPLAINT

The Plaintiff, by and through its attorney, Mark D. Carney, states to the court for its cause of action against the named Defendant as follows:

1) The Plaintiff, HF Jet Service, L.L.C. is a properly registered Limited Liability Company to do business in the state of Arkansas and is in good standing. The Plaintiff's primary corporate office is located in Mountain Home, Baxter County, Arkansas.

2) That the Defendant has substantial contacts in every state including the state of Arkansas, and therefore, is subject to the Court's jurisdiction.

3) That this Court has jurisdiction of this claim and is the proper venue.

4) That the Plaintiff purchased an Eclipse Jet, Tail Number N712WG, Serial Number 180 which is subject to a Manufacturer's Warranty covering each individual serial numbered engine. The Plaintiff is attempting to secure a true and correct copy of the warranty and upon discovery will attach it accordingly.

5) That recently the Plaintiff was notified that the engines were defective and would not perform as originally sold and advertised which has caused them to require substantial repairs and modifications.

6) That the Defendant refuses to conduct said repairs and modifications under the terms of the Warranty.

7)      It is the position of the Plaintiff that the Defendant should pay the monies to repair and modify the engines to bring them to its own design specifications.

8)      That the Plaintiff requests that this Court grant a judgment against the Defendant for the amount to repair the engines to conform Federal Aviation Administration regulations and its own specifications.

9)      In the alternative, the Plaintiff alleges that if this Court finds that the Warranty is not applicable, that the engines are suffering from a design defect which prevents them from operating under Federal Aviation Administration regulations and their advertised specifications which causes them to be limited in use for safety reasons. In either event, the Plaintiff requests that this Court grant a judgment against the Defendant in the amount to be proven at trial.

10)     The Plaintiff also requests that it be granted compensatory and consequential damages along with attorney's fees and costs.

WHEREFORE, Plaintiff prays that it have judgment against the Defendant for sums to be proven at trial in this matter and all other proper and equitable relief to which the Plaintiff may be entitled.

HF JET SERVICE, L.L.C.

By: _____
Mark D. Carney
CARNEY LAW FIRM, P.A.
511 Main Street
Mountain Home, AR  72635
Arkansas Bar No. 92016

## VERIFICATION

Comes now Brad Hasselwander and states that the facts and figures made and set out above are true and correct to the best of his knowledge and belief.

Brad Hasselwander

Subscribed and sworn before me this 30th day of May, 2012.

KATHY HUDSON
MY COMMISSION # 12386296
EXPIRES: February 8, 2022
Baxter County

Seal

Kathy Hudson
Notary Public

My Commission Expires: 2-8-22