IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON  DIVISION


HF JET SERVICE, L.L.C.                                                            PLAINTIFF

    V.                                         Civil No. 12-3109

PRATT & WHITNEY CANADA CORP.                                  DEFENDANT


CLERK'S ORDER OF STIPULATED  DISMISSAL


   Now on this 31st   day of January, 2013, comes the parties with a Stipulation of dismissal, WITH PREJUDICE.

  Pursuant to Rule 41 of the  Federal Rules of Civil Procedure, all claims are hereby dismissed with prejudice without costs or attorneys' fees, to any party.


IT IS HEREBY ORDERED:

                            AT THE DIRECTION OF THE COURT

                            CHRISTOPHER R. JOHNSON, CLERK


                       BY :        /s/ Sallie Hicks, Deputy Clerk